MATHESON *et al.*, receivers, *v.* MAYOR AND COUNCIL OF TENNILLE.

FISH, J. This case involved disputed issues of fact which should have been passed upon and determined by the jury, and was not one which could properly be disposed of by the direction of a verdict.

*Judgment reversed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1,—Decided July 22, 1902.

Levy and claim. Before Judge Holden. Washington superior court. September 5, 1901.

*Hardwick & Hyman, Rawlings & Howard,* and *John C. Harman,* for plaintiffs in error.

*Evans & Evans* and *James K. Hines,* contra.

---

HARRISON *et al. v.* HARRISON *et al.*

LITTLE, J. 1. That an auditor was not sworn according to law does not constitute a ground for an exception of fact to his report. The proper remedy in such a case is a motion, in due time, to recommit the case to the auditor.

2. The auditor's conclusions of fact as set forth in his report were supported by the evidence; his conclusions of law as therein stated are in accordance with the rulings and decision in the case of *Harrison* v. *Harrison,* 105 *Ga.* 517; there was no error in the rulings made on the admission of evidence, of sufficient materiality to affect the result; and it does not appear that the trial judge committed any error in making the auditor's report the judgment in the case.

*Judgment affirmed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1,—Decided July 22, 1902.

Exceptions to auditor's report. Before Judge Holden. Washington superior court. October 12, 1901.

*R. H. Lewis* and *J. K. Hines,* for plaintiffs in error.

*J. A. Harley* and *Evans & Evans,* contra.